**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| ELLEN ELIZABETH TARR, on behalf of herself and all others similarly situated, | : | Case No.: 1:23-cv-8795-MKV |
| Plaintiffs, | : : : | |
| v. | : : | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| LUCIO BATTISTI, INC., | : : | |
| Defendant. | : : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, ELLEN ELIZABETH TARR hereby move, at a date and time to be set by the Court, before the Honorable Judge Mary Kay Vyskocil, at the Courthouse for the Southern District of New York, located at 500 Pearl Street, courtroom 18C, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion, and the accompanying Exhibits.

Dated: December 22, 2023

    Hicksville, New York

                                              **MARS KHAIMOV LAW, PLLC**

                                              By: */s/ Mars Khaimov*
                                              Mars Khaimov, Esq.
                                              marskhaimovlaw@gmail.com
                                              100 Duffy Ave., Suite 510
                                              Hicksville, New York 11801
                                              Tel: (929) 324-0717
                                              *Attorneys for Plaintiff*